# United States Court of Appeals
## For the Eighth Circuit
_____

No. 21-3220
_____

Raymond Leon Semler

*Plaintiff - Appellant*

v.

Nancy Johnston, Executive Director of MSOP, et al.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: February 22, 2022
Filed: February 25, 2022
[Unpublished]
_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Raymond Semler, who is civilly committed to the Minnesota Sex Offender Program (MSOP), brought this civil action against MSOP employees alleging that they violated his First Amendment rights by instituting a policy that limited his

outside purchases to certain approved vendors.  Semler appeals the district court's[1] order granting defendants' motion to dismiss for failure to state a claim.

After careful de novo review, <u>see</u> <u>Levy v. Ohl</u>, 477 F.3d 988, 991 (8th Cir. 2007), we agree with the district court's conclusion that the challenged policy was a de minimis restriction.  <u>See</u> <u>Senty-Haugen v. Goodno</u>, 462 F.3d 876, 886 n.7 (8th Cir. 2006).  We also conclude that the court was not required to issue a report and recommendation before ruling on defendants' motion to dismiss.  <u>See</u> 28 U.S.C. § 636(b)(1)(B).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota.